

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00117-CV

AMY WALKER                                                          APPELLANT

V.

WILLIAM HENDERSON                                                   APPELLEE

------------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant, Amy Walker's Motion To Dismiss Appeal."
It is the court's opinion that the motion should be granted; therefore, we dismiss
the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which
let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  June 27, 2013

------------

[1]*See* Tex. R. App. P. 47.4.